1  DAVID J. DEERSON, No. 322947
   Email: ddeerson@pacificlegal.org
2  AUSTIN W. WAISANEN, D.C. Bar No. 8-7023*
   Email: awaisanen@pacificlegal.org
3  Pacific Legal Foundation
   555 Capitol Mall, Suite 1290
4  Sacramento, CA 95814
   Telephone: (916) 419-7111
5  Facsimile: (916) 419-7747

6  BRIAN T. HODGES, Wash. Bar No. 31976*
   Email: bhodges@pacificlegal.org
7  Pacific Legal Foundation
   1425 Broadway, #429
8  Seattle, WA 98122
   Telephone: (425) 576-0484
9  *Attorneys for Plaintiff*
   **pro hac vice*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JESSICA PILLING, | No. 3:24-cv-6254 |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| CITY OF HEALDSBURG, a municipality, | |
| Defendant. | |

1  TO THE HONORABLE COURT: Plaintiff Jessica Pilling and Defendant City of
2  Healdsburg submit this Joint Notice of Settlement and advise the Court as follows:
3        The Parties have finalized an agreement that settles all disputes between them.
4  The agreement provides that Defendant shall satisfy the conditions of settlement
5  within 30 days of October 16, 2024, and that Plaintiff shall voluntarily dismiss this
6  action within 14 days thereafter. The Parties therefore anticipate filing a stipulation
7  of dismissal on or before Friday, November 29, 2024.
8        DATED: October 22, 2024.

/s/ Kevin D. Siegel
KEVIN D. SIEGEL
No. 194787
BURKE, WILLIAMS & SORENSEN, LLP
1 California Street, Suite 3050
San Francisco, CA 94111-5432
Telephone: (415) 655-8100
ksiegel@bwslaw.com

*Attorney for Defendant*

/s/ David J. Deerson
DAVID J. DEERSON
No. 322947
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
DDeerson@pacificlegal.org

*Attorney for Plaintiff*