# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA PILLING,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF HEALDSBURG,<br><br>  Defendant. | Case No. 24-cv-06254-TSH<br><br>**ORDER RE: NOTICE OF SETTLEMENT** |

The Court has been informed that the above-entitled action has settled. ECF No. 18. Accordingly, the Court **VACATES** all pending deadlines. The parties shall file a dismissal or joint status report by November 29, 2024.

**IT IS SO ORDERED.**

Dated: October 23, 2024

_____
THOMAS S. HIXSON
United States Magistrate Judge